No. 195, Misc. LINDSEY *v.* RANDOLPH, WARDEN. Circuit Court of Lake County, Illinois. Certiorari denied.

No. 198, Misc. DENSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 199, Misc. ABEL ET AL. *v.* TINSLEY, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 201, Misc. WILSON *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 202, Misc. ROSE *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 203, Misc. GRAY *v.* UNITED STATES; and
No. 206, Misc. SCHIFF *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Kenneth Kaplan* for petitioner in No. 203, Misc. *A. Allen Saunders* for petitioner in No. 206, Misc. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. Reported below: 314 F. 2d 838.

No. 204, Misc. WILLIAMS *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Leonard J. Kerpelman* for petitioner. 

No. 205, Misc. GAULT *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Leonard J. Kerpelman* for petitioner. 

No. 208, Misc. CARTER *v.* ABBATE ET VIR. Civil Court of New York City, County of New York. Certiorari denied.

